ACCEPTED
01-15-00223-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 10:55:26 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00223-CV

In The

### First Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 10:55:26 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Kelly Gavin | § |
| *Appellant*, | § |
| | § |
| v. | § |
| | § |
| Pamela S. Froeschner and | § |
| Robert S. Evans | § |
| | § |
| *Appellees.* | § |

### First Motion to Extend Time for Filing of Appellees' Opening Brief

To The Honorable First Court of Appeals:

Counsel for appellees Pamela S. Froeschner and Robert S. Evans moves for an order of the Court granting an extension of 23 days for the filing of appellees' brief, or until Wednesday, July 15, 2015.

1. This is an appeal from a summary judgment. Judgment was entered on February 5, 2015. CR 108.

2. Appellant Gavin gave notice of appeal on March 6. CR 109-10.

3. Appellant's brief was due on May 14. After an unopposed motion to extend was filed, the brief was filed on May 21, making appellees' brief due on June 22.

4.     This is the first request for an extension from appellees.

5.     During the time appellees had to prepare their brief, their counsel was working to prepare cross-appellants' brief and separate appellees' brief in Case no. 14-15-00514-CV; *Kings High Ranch, L.L.C. v. Ultimate Kobe Beef, L.L.C., Allison Mae Godwin and Bruce R. Hemmingsen*. Additional time was devoted to resolving that matter and its related matter, Case no. 14-14-01014-CV; *Bill & Elizabeth Fisher d/b/a Saranac Oaks Ranch v. Ultimate Kobe Beef, L.L.C., Champion Genetics, Inc., Allison Mae Godwin and Bruce R. Hemmingsen* and to preparing necessary documentation to reverse and remand both causes to the trial court for settlement. Counsel has also been involved in preparing appellant's brief in Case no. 15-40606; *Matthew Wiggins v. Janet Northrup, Trustee* (in the Fifth Circuit Court of Appeals).

6.     The failure to file a brief within the original time provided is not the result of intentional conduct or deliberate disregard.

7.     Accordingly, counsel for appellees Pamela S. Froeschner and Robert S. Evans requests that the Court grant this motion for extension and permit their opening reply brief to be filed on or before Wednesday, July 15, 2015. Movant further requests the Court grant such other relief as would be appropriate.

Respectfully submitted,

MILLS SHIRLEY L.L.P.

By:    /s/ George W. Vie III
           George W. Vie III
State Bar No. 20579310
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
Tel: 713.571.4232
Fax: 713.893.0695
*gvie@millsshirley.com*

Attorneys for Appellees

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that I conferred on May 21, 2015, with the following counsel for appellant about the merits of a seven-day extension, which was not opposed. The additional 16 days sought by this motion for extension was not discussed with opposing counsel as shown below:

Maurice Bresenhan, Jr.
ZUKOWSKI BRESENHAN SINEX & PETRY, LLP
1177 West Loop South, Suite 1100
Houston, Texas 77027

Counsel for Appellant Kelly Gavin

- □   opposes motion
- □   does not oppose motion
- □   agrees with motion
- □   would not say whether motion is opposed
- X   was not contacted after hours

/s/ George W. Vie III
George W. Vie III

CERTIFICATE OF SERVICE

As required by Tex. R. App. P. 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties – which are listed below – on July 13, 2015, as follows:

Maurice Bresenhan, Jr.
ZUKOWSKI BRESENHAN SINEX & PETRY, LLP
1177 West Loop South, Suite 1100
Houston, Texas 77027

Counsel for Appellant Kelly Gavin


By:     ☐    personal delivery
        ☐    mail and email
        ☐    commercial delivery service
        ☐    fax
        X    electronic delivery using the efiling system


*/s/ George W. Vie III*
George W. Vie III

4813-3609-3221, v. 1